IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-PRIS OPS
BALTIMORE, MD
2018*OCT -5  P 3: 30

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2018 OCT -5  PM 4: 51
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

**UNITED STATES OF AMERICA**

vs.

**Jay B. Ledford**

Case No.  RDB-18-0465

\* \* \* \* \* \*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Harry Trainor, Jr., CJA__, and the Government was represented by Assistant United States Attorney __Joyce McDonald__, it is

**ORDERED**, this __5th__ day of __October,__ __2018__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
A. David Copperthite
United States Magistrate Judge